# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WALKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:13-cv-01669-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On June 18, 2014, an order issued for Plaintiff to show cause why this action should not be dismissed for the failure to file the opening brief.  On this same date, Plaintiff filed the opening brief.  Based upon the filing of the opening brief, the order to show cause is HEREBY DISCHARGED.  Defendant shall file their responsive pleading within thirty days from the date of service of this order; and Plaintiff shall file a reply within fifteen days of service of Defendant's opposition.

IT IS SO ORDERED.

Dated:   **June 18, 2014**

UNITED STATES MAGISTRATE JUDGE

1